IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| WILLIAM JASON SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 107-107 |
| ) | |
| STATE BOARD OF BARBERS, et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** for failing to state a claim upon which relief may be granted, and this civil action is **CLOSED**.

SO ORDERED this 3 day of January 2008, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that, on November 8, 2007, the Magistrate Judge recommended dismissal of the above-captioned case and informed Plaintiff that objections to that Report and Recommendation should be filed, not later than November 29, 2007, with the Clerk of the Court. (Doc. nos. 9 & 10). On November 9, 2007, Plaintiff notified the Court that he had been recently transferred to Baldwin State Prison. (Doc. no. 11). Although the Clerk of the Court mailed additional copies of the Magistrate Judge's November 8th Report and Recommendation and Objection Order to Plaintiff's new address on November 26, 2007, Plaintiff has still filed no objections.